IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY JACKSON, | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:22-CV-2852-K-BK |
| | § | |
| S2 RESIDENTIAL, | § | |
| DEFENDANT. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Plaintiff filed a Motion to Appeal/Summary Judgment, Denial on June 4, 2024, which the Court construes as Objections. The Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The Objections are OVERULLED and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's *Motion for Summary Judgment*, Doc. 38, is **DENIED**.

SO ORDERED.

Signed July 9th, 2024.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE