IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY JACKSON, | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:22-CV-2852-K-BK |
| | § | |
| S2 RESIDENTIAL, | § | |
| DEFENDANT. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Plaintiff filed a Motion to Vacate the Magistrate Judge's Findings, Conclusion, and Recommendations, Reconsider Summary Judgment, and Address Judicial Bias Doc. 70, which the Court treats as Objections Findings, Conclusions and Recommendation of the United States Magistrate Judge. The Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objections were made.

The objections are **OVERRULED** and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. *Defendant, S2 Management LLC d/b/a S2 Residential's Motion for Summary Judgment*, Doc. 49, is

**GRANTED**, and *Plaintiff's Counter Claim* [sic] *Motion for Summary Judgment*, Doc. 55, is **DENIED**.

**SO ORDERED.**

Signed March 12th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE